UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**VALERIE JOHNSON**                                            **CIVIL ACTION**

**VERSUS**                                                       **NO.   15-4811**

**SOCIAL SECURITY ADMINISTRATION**               **SECTION "E" (3)**

## JUDGMENT

The Court having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein;

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendant, Social Security Administration, and against plaintiff, Valerie Johnson, dismissing plaintiff's complaint with prejudice.

New Orleans, Louisiana, this 23rd day November, 2016.

                                                       _Susie Morgan_
                                      **UNITED STATES DISTRICT JUDGE**